5 **UNITED STATES DISTRICT COURT**

6 **EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| 7 TRINA LUNA, | No. 1:17-cv-03080-MKD |
| 8 Plaintiff, | **ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE** |
| 9 vs. | |
| 10 COMMISSIONER OF SOCIAL SECURITY, | |
| 11 | **ECF Nos. 16, 20** |
| Defendant. | |

12 BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF

13 No. 20) of the above-captioned matter to the Commissioner for additional

14 administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

15 Attorney D. James Tree represents Plaintiff. Attorney Sarah Martin represents

16 Defendant. The parties have consented to proceed before a magistrate judge. ECF

17 No. 7. After considering the file and proposed order, **IT IS HEREBY**

18 **ORDERED**:

19     1. The parties' Stipulated Motion for Remand (**ECF No. 20**) is

20 **GRANTED**.

ORDER - 1

2. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

On remand the administrative law judge (ALJ) shall hold a de novo hearing, further develop the record, and issue a new decision in regard to Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income under Titles II and XVI of the Social Security Act. The ALJ shall also: (1) reevaluate Plaintiff's fibromyalgia pursuant to Social Security Ruling 12-2p; (2) reevaluate the opinion evidence; (3) reassess Plaintiff's symptoms pursuant to Social Security Ruling 16-3p; (4) if warranted, reassess Plaintiff's residual functional capacity; and (5) obtain vocational expert evidence at step five.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment (**ECF No. 16**) is **STRICKEN AS MOOT**.

5. Upon proper presentation, this Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED October 26, 2017.

        *s/Mary K. Dimke*
        MARY K. DIMKE
        UNITED STATES MAGISTRATE JUDGE